STATE OF NEW JERSEY v. KENNETH SHEPHARD.

July 7, 1987.

Petition for certification granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Kim Dunbar*, 108 *N.J.* 80 (1987).

Jurisdiction is not retained.

HUGH CARR BUCKLEY v. WASHINGTON TOWNSHIP ATHLETIC ASSOCIATION.

July 7, 1987.

Petition for certification granted, and the matter is summarily remanded to the Superior Court, Appellate Division, for reconsideration in light of *Vispisiano v. Ashland Chemical Company*, 107 *N.J.* 416 (1987).

Jurisdiction is not retained.

STATE OF NEW JERSEY v. MARK MORTON.

July 7, 1987.

Petition for certification granted, the judgment of the Appellate Division is summarily reversed, and the matter is remanded to the trial court for the resentencing of defendant on Indictment No. 327–82 in light of this Court's opinion in *State v. Hutson*, 107 *N.J.* 222 (1987).